MINUTE ENTRY   CR- 04-00027-001         January 13, 2005
          9:30 a.m.

 UNITED STATES OF AMERICA -v- CHEN, BING SHU


PRESENT: HON. ALEX R. MUNSON, Chief Judge Presiding
   SANAE SHMULL,  Court Reporter
   MICHELLE C. MACARANAS, Deputy Clerk
   JAMIE BOWERS, Assistant U. S. Attorney
   STEVEN PIXLEY, Court-Appointed Counsel for Defendant
   CHEN, BING SHU, Defendant


PROCEEDING: SENTENCING

 Defendant was present with his court appointed counsel, Attorney Steven Pixley.
Government by Jamie Bowers, AUSA.  Also present was Tracey Perez from the U.S.
Probation Office.

 Dennis Tse was present and sworn as Interpreter/Translator of the Mandarin language.

 No objection by the government of the presentence report.  Counsel for defendant
had no objections.

 Court adopted the presentence investigation report in its entirety and instructed
the Clerk to file the report, under seal, and that the report be made available if
the judgment is appealed.  The probation officer's recommendation shall also be
placed under seal.  No objection by the parties.

 Government recommended that the sentencing should be at the upper level of the
guideline range.  Defense recommended that the defendant be sentenced on the low-end
of the guideline range.  The defendant stated his allocution.

 SENTENCE:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the
Court that the defendant CHEN, BING SHU is hereby  sentenced to 78 months (with
credit for time already served) and supervised release for a term of four (4)
years. The term of supervised release will commence immediately and will require
that the defendant comply with the following conditions:

 1.  That the defendant shall be delivered to a duly authorized immigration official
for deportation proceedings pursuant to 18 U.S.C. §3583(d), and with the
established procedures provided by the Immigration and Naturalization Act under 8 U.
S.C. §1101.  As a further condition of supervised release, if ordered deported, the
defendant shall remain outside and shall not re-enter the United States or any of
its territories without the permission of the United States Attorney General.  If
deportation fails to occur and the defendant is pending further immigration
proceedings, he shall immediately report to the U.S. Probation Office to begin his
term of supervised release;

 2. That the defendant shall obey all federal, state, and local laws;

 3.  That the defendant shall not use or possess illegal controlled substances and
shall submit to one urinalysis test within 15 days of release from custody and to

two more urinalysis thereafter;

 4.    That the defendant shall not possess a firearm or other dangerous weapon or have it where he resides;

 5.    That the defendant shall cooperate in the collection of DNA as directed by the U.S. Probation Office;

 6.    That the defendant shall comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission;

 7.    That the defendant shall perform 200 hours of community service under the direction of the U.S. Probation Office.

 All fines are waived.  Further, the defendant was ordered to pay the assessment fee of $100 due immediately after sentencing.

 No objection to the sentence by the attorneys.  Defendant was advised that he had ten days in which to appeal his sentence. Further, the defendant was advised of his right to an attorney for appeal.  The defendant is remanded back into the custody of the U.S. Marshal.

        Adj 9:50 a.m.

;
Applies to: DFT Chen, Bing Shu [MCM EOD 01/14/2005]