F I L E D
Clerk
District Court

MAR 1 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00027 |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| BING SHU CHEN, et al. | ) | |
| Defendant. | ) | |

Craig Moore
Assistant U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this __15th__ day of __March__, 2006.

GALO L. PEREZ, Clerk of Court

By: _Ignacio C. Benavente_
Chief Deputy Clerk
U.S. District Court
Northern Mariana Islands

AO 187

# EXHIBIT AND WITNESS LIST

| U.S.A. -vs- CHEN, Bing Shu and XU, Yu Yao | | **District Court**<br>Northern Mariana Islands |
|---|---|---|
| **Government's Attorney**<br><br>Jamie Bowers, AUSA | **Defendant's Attorneys**<br>Steve Pixley, Esq.<br>Mark Smith, Esq. | **Docket Number:** CR-04-00027<br><br>**Trial Date(s):** September 27, 28 and 29, 2004 |
| **Presiding Judge**<br>Alex R. Munson | **Court Reporter**<br>Sanae Shmull | **Courtroom Deputy**<br>K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 ✓ | | 09/27/04 | 09/27/04 | 09/27/04 | Drugs seized from D Lizama June 25, 2004 *Deborah Muusers 9.30.04* |
| 2 | | 09/27/04 | 09/27/04 | 09/27/04 | Lab Report for Drugs seized from D. Lizama |
| 3 ✓ | | 09/27/04 | 09/27/04 | 09/27/04 | Drugs from controlled purchase June 26, 2004 *Deborah Muusers 9.30.04* |
| 4 | | 09/27/04 | 09/27/04 | 09/27/04 | Lab report from drugs from controlled purchase of June 26, 2004 |
| 5 | | 09/27/04 | 09/27/04 | 09/27/04 | Surveillance video (with audio) |
| 12 | | 09/27/04 | 09/27/04 | 09/27/04 | Photo - front of XO Market and Smile Poker |
| 13 | | 09/27/04 | 09/27/04 | 09/27/04 | Photo - CHEN's red car |
| 14 | | 09/27/04 | 09/27/04 | 09/27/04 | Plea agreement for Dionicio A. Lizama |
| 15 | | 09/27/04 | 09/27/04 | 09/27/04 | Photo - H Mart Shopping Center, broad view |
| 16 | | 09/27/04 | 09/27/04 | 09/27/04 | Photo - Sunleader store, San Antonio, Saipan |
| 17B | | 09/27/04 | 09/27/04 | 09/27/04 | Photo - 2nd stairway |
| W1 | | 09/27/04 | | | DIONICIO LIZAMA |
| W2 | | 09/27/04 | | | FELIPE AQUINO |
| W3 | | 09/28/04 | | | ALBERT TAITANO |
| 6 | | 09/28/04 | 09/28/04 | 09/28/04 | Audio Tape (N-2) (for limited purposes only) |
| 6A | | 09/28/04 | 09/28/04 | 09/28/04 | Transcript of (N-2) (for limited purposes only) |
| 7 | | 09/28/04 | 09/28/04 | 09/28/04 | Audio Tape (N-3) (for limited purposes only) |
| 7A | | 09/28/04 | 09/28/04 | 09/28/04 | Transcript of (N-3) (for limited purposes only) |
| 8 | | 09/28/04 | 09/28/04 | 09/28/04 | Audio Tape (N-4) (for limited purposes only) |
| 8A | | 09/28/04 | 09/28/04 | 09/28/04 | Transcript of (N-4) (for limited purposes only) |
| 9 | | 09/28/04 | 09/28/04 | 09/28/04 | Audio tape (N-5) (for limited purposes only) |
| 9A | | 09/28/04 | 09/28/04 | 09/28/04 | Transcript of (N-5) (for limited purposes only) |
| 10 | | 09/28/04 | 09/28/04 | 09/28/04 | Audio tape (N-6) (for limited purposes only) |
| 10A | | 09/28/04 | 09/28/04 | 09/28/04 | Transcript of (N-6) (for limited purposes only) |
| 11 | | 09/28/04 | 09/28/04 | 09/28/04 | Audio tape (N-7) (for limited purposes only) |
| 11A | | 09/28/04 | 09/28/04 | 09/28/04 | Transcript of (N-7) (for limited purposes only) |
| W4 | | 09/28/04 | | | ALBERT PALACIOS |
| W5 | | 09/28/04 | | | RAY RENGUUL |
| W6 | | 09/28/04 | | | DEBORAH MUUSERS |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.