F I L E D
Clerk
District Court

MAY - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00027 |
| | ) | |
| Plaintiff, | ) | |
| -v- | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| BING SHU CHEN, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorneys of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this __8th__ day of __May__, 2006.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

AO 187

# EXHIBIT AND WITNESS LIST

| | | |
|---|---|---|
| U.S.A. -vs- CHEN, Bing Shu and XU, Yu Yao | | **District Court**<br>Northern Mariana Islands |
| **Government's Attorney**<br>Jamie Bowers, AUSA | **Defendant's Attorneys**<br>Steve Pixley, Esq.<br>Mark Smith, Esq. | **Docket Number:** CR-04-00027<br>**Trial Date(s):** September 27, 28 and 29, 2004 |
| **Presiding Judge**<br>Alex R. Munson | **Court Reporter**<br>Sanae Shmull | **Courtroom Deputy**<br>K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 ✓ | | 09/27/04 | 09/27/04 | 09/27/04 | Drugs seized from D Lizama June 25, 2004 *Alal Munson 9.30.04* |
| 2 | | 09/27/04 | 09/27/04 | 09/27/04 | Lab Report for Drugs seized from D. Lizama |
| 3 ✓ | | 09/27/04 | 09/27/04 | 09/27/04 | Drugs from controlled purchase June 26, 2004 *Alal Munson 9.30.04* |
| 4 | | 09/27/04 | 09/27/04 | 09/27/04 | Lab report from drugs from controlled purchase of June 26, 2004 |
| 5 | | 09/27/04 | 09/27/04 | 09/27/04 | Surveillance video (with audio) |
| 12 | | 09/27/04 | 09/27/04 | 09/27/04 | Photo - front of XO Market and Smile Poker |
| 13 | | 09/27/04 | 09/27/04 | 09/27/04 | Photo - CHEN's red car |
| 14 | | 09/27/04 | 09/27/04 | 09/27/04 | Plea agreement for Dionicio A. Lizama |
| 15 | | 09/27/04 | 09/27/04 | 09/27/04 | Photo - H Mart Shopping Center, broad view |
| 16 | | 09/27/04 | 09/27/04 | 09/27/04 | Photo - Sunleader store, San Antonio, Saipan |
| 17B | | 09/27/04 | 09/27/04 | 09/27/04 | Photo - 2nd stairway |
| | | 09/27/04 | | | DIONICIO LIZAMA |
| W2 | | 09/27/04 | | | FELIPE AQUINO |
| W3 | | 09/28/04 | | | ALBERT TAITANO |
| 6 | | 09/28/04 | 09/28/04 | 09/28/04 | Audio Tape (N-2) (for limited purposes only) |
| 6A | | 09/28/04 | 09/28/04 | 09/28/04 | Transcript of (N-2) (for limited purposes only) |
| 7 | | 09/28/04 | 09/28/04 | 09/28/04 | Audio Tape (N-3) (for limited purposes only) |
| 7A | | 09/28/04 | 09/28/04 | 09/28/04 | Transcript of (N-3) (for limited purposes only) |
| 8 | | 09/28/04 | 09/28/04 | 09/28/04 | Audio Tape (N-4) (for limited purposes only) |
| 8A | | 09/28/04 | 09/28/04 | 09/28/04 | Transcript of (N-4) (for limited purposes only) |
| 9 | | 09/28/04 | 09/28/04 | 09/28/04 | Audio tape (N-5) (for limited purposes only) |
| 9A | | 09/28/04 | 09/28/04 | 09/28/04 | Transcript of (N-5) (for limited purposes only) |
| 10 | | 09/28/04 | 09/28/04 | 09/28/04 | Audio tape (N-6) (for limited purposes only) |
| 10A | | 09/28/04 | 09/28/04 | 09/28/04 | Transcript of (N-6) (for limited purposes only) |
| 11 | | 09/28/04 | 09/28/04 | 09/28/04 | Audio tape (N-7) (for limited purposes only) |
| 11A | | 09/28/04 | 09/28/04 | 09/28/04 | Transcript of (N-7) (for limited purposes only) |
| W4 | | 09/28/04 | | | ALBERT PALACIOS |
| W5 | | 09/28/04 | | | RAY RENGUUL |
| W6 | | 09/28/04 | | | DEBORAH MUUSERS |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.